# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXCEL DRYER, INC. | |
| *Plaintiff* | Civil Action No.: |
| v. | 3:18-CV-30179-KAR |
| PENSON & CO. LLC | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Penson & Co. LLC
960 Turnpike Street, Unit 17
Canton, MA 02021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick J. O'Shea
O'Shea Getz P.C.
10 Waterside Drive, Suite 205
Farmington, CT 06032

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − Maurice Lindsay
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2018−11−14 11:05:39.0**, Clerk USDC DMA

Civil Action No.: **3:18–CV–30179–KAR**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)



**Middlesex Sheriff's Office** • Civil Division, P.O. Box 410180, Cambridge, MA 02141-0002 • (617) 547-1171

*Middlesex, ss.*

December 13, 2018

I hereby certify and return that on 12/11/2018 at 12:45 PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to SHENGXI TIAN, agent, person in charge at the time of service for PENSON & CO., LLC, at 430 BEDFORD ST, SUITE 200 LEXINGTON, MA . Fees: Attest ($5.00) Basic Service Fee ($30.00) Postage and Handling ($1.00) Travel ($6.40) Conveyance ($3.00) Total: $45.40

Richard Moran
*Deputy Sheriff*

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date                             Server's Signature

                                 Printed name and title

                                 Server's Address

Additional information regarding attempted service, etc: