## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXCEL DRYER, INC. )<br>)<br>             Plaintiff, )<br>v. )<br>)<br>PENSON & CO. LLC )<br>)<br>             Defendant )<br>) | Civil Action No.: 3:18-cv-30179-KAR |

### ASSENTED-TO MOTION FOR EXTENSION
### OF TIME TO RESPOND TO COMPLAINT

The Plaintiff hereby moves the Court for an extension of time through and including January 25, 2019 for the Defendant to answer, move or otherwise respond to the allegations in Plaintiff's Complaint.  Counsel for Defendant has not entered an appearance, but has assented to this Motion.

Dated: December 20, 2018

Respectfully submitted,

PLAINTIFF, EXCEL DRYER, INC.

*/s/ Patrick J. O'Shea*
Patrick J. O'Shea (BBO No. 564832)
O'Shea Getz P.C.
10 Waterside Drive, Suite 205
Farmington, CT 06032
Tel: (413) 731-3102
Fax: (413) 731-3101
poshea@osheagetz.com

## CERTIFICATE OF SERVICE

I, Patrick J. O'Shea, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2018.

>*/s/ Patrick J. O'Shea*
>Patrick J. O'Shea.

## LOCAL RULE 7.1 CERTIFICATION

I certify that the attorneys in this case have conferred by email regarding the issues presented in this motion, and the parties have assented to this motion.

>*/s/ Patrick J. O'Shea*
>Patrick J. O'Shea